FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0086

_____

THE STATE OF MONTANA, THE MONTANA PETROLEUM TANK
RELEASE COMPENSATION BOARD,

     Plaintiffs and Appellants,

v.

BP plc, BP HOLDINGS NORTH AMERICA LIMITED, BP AMERICA
INC, BP PRODUCTS NORTH AMERICA INC., BP WEST COAST
PRODUCTS, LLC, and its predecessor companies and subsidiaries,
including but not limited to Standard Oil of Ohio (SOHIO), Standard Oil
(Indiana), Amoco Corporation, Amoco Oil Company, Atlantic Richfield
Company (ARCO) and BP Amoco plc,

     Defendants and Appellees.

_____

## ORDER
_____

Upon consideration of Appellants' Unopposed Motion for Extension of Time,
and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to
and including July 18, 2020 within which to prepare, file, and serve Appellants'
Opening Brief on appeal.

SO ORDERED this _____ day of _____, 2020.

_____
Montana Supreme Court Justice

1

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2020